John Ralph SURRELL and Molby Boiler Company, Plaintiffs-Appellants, v. PIERCE, BUTLER & PIERCE MFG. CORPORATION, Defendants-Appellees.

(Circuit Court of Appeals, Second Circuit. January 4, 1926.)

No. 117.

Appeal from the District Court of the United States for the Southern District of New York.

Eugene Mackey, of Franklin, Pa., for appellant Surrell.

Charles Neave and Clarence D. Kerr, both of New York City, for appellant Molby Boiler Co.

Howard P. Denison and Eugene A. Thompson, both of Syracuse, N. Y., for appellees.

Before ROGERS and HOUGH, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Decree affirmed (11 F.[2d] 432), without costs.